**Jamie Paul DESPER, Plaintiff— Appellant,**

v.

**Superintendent Jack LEE; Major Lori Nicholson; Lt. Fred Byrd; Mr. John Lilly; Major Larry Dull, Defendants—Appellees.**

No. 11–7554.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 23, 2012.

Jamie Paul Desper, Appellant Pro Se. Rosalie Fessier, Timberlake, Smith, Thomas & Moses, PC, Staunton, Virginia, for Appellees.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie Paul Desper appeals the district court's order entering summary judgment on several of the claims raised in his 42 U.S.C. § 1983 (2006) complaint and dismissing the remainder of them under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Desper v. Lee,* No. 7:10–cv–00473–GEC–RSB, 2011 WL 5024587 (W.D.Va. Oct. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Michael J. Sindram, Appellant Pro Se.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.